# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-02447-HLT-KGG |
| v. | ) | |
| | ) | |
| BOARD OF COMMISSIONERS OF | ) | |
| JOHNSON COUNTY, KANSAS; | ) | |
| CALVIN HAYDEN, Sheriff, in his official | ) | |
| and individual capacities; and DOES 1-10, | ) | |
| in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby agree that this case has been settled in its entirety, that all issues and controversies have been resolved, and that the matter is to be dismissed <u>with</u> prejudice. Except as provided in the Settlement Agreement, each party is to bear its own attorney fees and costs. The parties have further agreed that the Court, in its discretion, should retain jurisdiction to reopen the case solely for the purpose of enforcing the terms of the Settlement Agreement, should it become necessary.

| | |
|---|---|
| FERREE, BUNN & RIDGWAY, CHTD. | HUMAN RIGHTS DEFENSE CENTER |
| | |
| /s/ Brett T. Runyon | /s/ Daniel Marshall |
| Kirk T. Ridgway | Daniel Marshall |
| Brett T. Runyon | P.O. Box 1151 |
| 9393 W. 110th Street, Suite 200 | Lake Worth, FL 33460 |
| Overland Park, KS 66210 | (p) (561) 360-2523 |
| (p) (913) 381-8180 | (f) (561) 828-8166 |
| (f) (913) 381-8562 | Dmarshall@hrdc-law.org |
| brunyon@fbr2law.com | Attorney for Plaintiff |
| kridgway@fbr2law.com | |
| Attorneys for Defendants | |